BEFORE: DENIS R. HURLEY, U.S. DISTRICT JUDGE

DATE: 04/27/2007          AT: 12:00 -12:30pm
CIVIL CAUSE FOR:   ORDER TO SHOW CAUSE HEARING

CASE NUMBER:   CV-03-0020

TITLE:   DISCREET INDUSTRIES   V, SCHOEN, ET. AL.

APPEARANCES: FOR PLAINTIFF:   DENNIS GLEASON, ESQ.
             FOR DEFENDANT:   BRIAN EGAN, ESQ
             COURT REPORTER:  PAUL LOMBARDI

  X     CASE CALLED.

        PLAINTIFF'S COUNSEL HAS NOT BEEN ABLE TO LOCATE THE PRINCIPAL
        OF DISCREET INDUSTRIES, AFTER NUMEROUS ATTEMPTS.

        DEFENDANTS' COUNSEL ALSO HAS NOT BEEN ABLE TO LOCATE HIS
        CLIENTS.

        THE COURT ORDERS THE CASE DISMISSED FOR FAILURE TO PROSECUTE,
        PURSUANT TO RULE 41(b). THE CLERK IS DIRECTED TO CLOSE THIS
        CASE.